■ MURRAY FLUG, Respondent, v. ASCHLEE REALTY CORP. et al., Defendants, and ESTHER LIPNICK, Appellant.— No opinion. Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.

■ In the Matter of the Final Accounting of UNITED STATES TRUST COMPANY, as Substituted Trustee of the Trust for the Benefit of EMILIE V. SKINNER under the Will of EMILIE R. ROGERS, Deceased, Respondent. JAMES C. BRADLEY, Individually and as Executor of ELEANOR H. BRADLEY, Deceased Executrix of CAROLINE A. SKINNER, Deceased, Appellant; ALICE W. COOKE, Individually and as Executrix of ALLAN W. COOKE, Deceased, Respondent.— No opinion. Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ. [25 Misc 2d 469.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HARRIS, Appellant.— No opinion. Concur — Botein, P. J., McNally, Stevens, Steuer and Noonan, JJ.

■ PATRICK E. DOWNEY, an Infant by His Guardian ad Litem, THOMAS J. DOWNEY, et al., Appellants, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ ANMARIE A. RICHARDS, as Administratrix of the Estate of ESTELLE A. HICKEY, Deceased, Appellant, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ PAUL T. LOVE et al., as Taxpayers of the City of New York, Appellants, v. CITY OF NEW YORK et al., Respondents.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ GERTRUDE C. DALSHEIM et al., Respondents, v. EMMA W. BURLINGHAM, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ JOHN W. JOHNSTONE, Appellant, v. STEPHEN P. KENNEDY et al., Constituting the Board of Trustees of the Police Pension Fund of the City of New York, Respondents.— No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ HAROLD R. BURSTEIN, Appellant, v. MORRY HATS, INC., et al., Defendants, and HELEN LEVINE, Respondent.— No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ GLENMARK, INCORPORATED, et al., Respondents, v. CHESTER CARITY et al., Individually and as Copartners Doing Business as CARITY-HOFFMAN ASSOCIATES, Appellants.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.